

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEVIN D. MURRAY, | § | No. 08-18-00187-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 109th District Court |
| NABORS WELL SERVICE d/b/a C&J ENERGY SERVICES INC., and TIMOTHY M. WHITE, | § | of Andrews County, Texas |
| | § | (TC# 20,463) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JANUARY, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.